Grace Miriam Michelman Alpern, Respondent, v. Dwight Kerr Alpern, Appellant.— Order, so far as appealed from, affirmed, with ten dollars costs and

disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.